UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSE LANGEL,

                Plaintiff,

      -v-

APPLEGATE FARMS, LLC

                Defendant.

22-CV-2022 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

Defendant removed this action from state court on March 10, 2022. Defendant invokes diversity jurisdiction, but the operative complaint here does not meet the amount-in-controversy requirement; it seeks only $65,000 in damages. The action is therefore remanded to state court, *sua sponte*, for lack of subject-matter jurisdiction. If the state court grants Plaintiff's motion to amend the complaint, and the operative complaint changes, then Defendant may seek to remove the action again at that time.

The Clerk of Court is directed to (1) remand this case to state court, and (2) mail a copy of this order to the *pro se* plaintiff in this matter.

SO ORDERED.

Dated: March 15, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                               United States District Judge